UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RENSHUN ACCESSORIES, LLC,

           Plaintiff,

   - against -

BONWORTH INC.,

           Defendant.

17-cv-9386 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a status report by July 29, 2021.

    SO ORDERED.

Dated:    New York, New York
          July 23, 2021

                                       /s/ John G. Koeltl
                                       John G. Koeltl
                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/21

1