```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

RENSHUN ACCESSORIES, LLC,

                Plaintiff,

- against -

BONWORTH, INC.,

                Defendant.

17-cv-9386 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

This case has been stayed because of the Chapter 11 proceeding for the defendant. The parties should provide the Court with a status report by 1/7/22. Plaintiff's counsel should send a copy of this Order to current counsel for the defendant.

SO ORDERED.

Dated:    New York, New York
           December 21, 2021

                                        John G. Koeltl
                                  United States District Judge